MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:(415) 436-6809
   Fax: (415) 436-7234
   Email: marc.wolf@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13-439 MAG |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO MOVE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| KELLY JOHNSON, | |
| Defendant. | |

Trial in this case is currently set for August 19, 2013. The government has a felony trial in San Francisco that overlaps with this trial date. The parties have met and conferred and hereby stipulate to and request to move the trial to October 21, 2013. at 9:30 a.m.

Counsel for the defendant also requests that time be excluded under the Speedy Trial Act between August 19, 2013 and October 21, 2013 to review the discovery, to conduct necessary investigation, to prepare for trial and for continuity of counsel. The government has no objection to excluding time.

IT IS SO STIPULATED:

Proposed Stipulation and Order
CR No. 13-439 MAG       1

|   |   |
|---|---|
|   | MELINDA HAAG<br>United States Attorney |
| DATED: 7/24/13 | /s/<br>MARC PRICE WOLF<br>Special Assistant United States Attorney |
| DATED: 7/24/13 | /s/<br>CANDIS MITCHELL<br>Attorney for Ms. Johnson |

IT IS HEREBY ORDERED that the trial is moved to October 21, 2013. at 9:30 a.m.

FURTHER, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 19, 2013 and October 21, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 19, 2013 and October 21, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 19, 2013 and October 21, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: July 26, 2013

_____
United Judge Nandor J. Vadas